UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

.............................................................................................x     **ENDORSED ORDER**

SILVIA MARTINEZ, on behalf of herself and all others
similarly situated,

Civil Action No:
1:24-cv-709

Plaintiff,

-v.-
L & B GARDENS, INC.

### NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas

no party hereto is an infant, incompetent person for whom a committee has been appointed or

conservatee, and no person not a party has an interest in the subject matter of the action, that

the above entitled action specifically with regard to Defendant shall be and hereby is

dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's

fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and

that a dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated: May 13, 2024                              Respectfully Submitted,

                                                 _/s/Mark Rozenberg_____
                                                 Mark Rozenberg
                                                 **Stein Saks, PLLC**
                                                 One University Plaza, Suite 620
                                                 Hackensack, NJ 07601
                                                 mrozenberg@steinsakslegal.com
                                                 Tel. 201-282-6500
                                                 Fax 201-282-6501
                                                 *Attorneys for Plaintiff*

## **Certificate of Service**

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.


This 13th day of May, 2024                    Respectfully Submitted,

                                              */s/ Mark Rozenberg*
                                              Mark Rozenberg


So Ordered: Date 5/15/2024
/s/ Ramón E. Reyes, Jr.
U.S. District Judge, E.D.N.Y.

The Court Clerk is respectfully directed to close the case.